IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| SHANNON ROBERTSON, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CITY OF DANVILLE and )<br>DAVID EAGLE, )<br>)<br>)<br>Defendants. ) | Civil Action No. 4:16-CV-00048 |

## JOINT PROPOSED DISCOVERY PLAN AND RULE 26(f) REPORT

The plaintiff, Shannon Robertson and the defendants, City of Danville and David Eagle, by counsel, hereby submit the following report required by Fed. R. Civ. P. 26(f) and jointly propose the following plan for completion of discovery in this case which in some cases serves to modify or clarify the Scheduling Order:

I. Conference of Parties

The parties conferred on January 4, 2017 prior to this proposed plan to consider claims, defenses, possibilities of a prompt settlement, and to arrange for disclosures as required by Fed. R. Civ. P. 26(a)(1). The following counsel participated: Timothy E. Cupp for the Plaintiff and Janine M. Jacob for the Defendants.

II. Initial Disclosures

The parties agree that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made on or before February 28, 2017.

III. Settlement. The parties have conferred concerning the possibility for settlement. Defendants believe settlement discussions are premature at this time.

IV.   Magistrate Judge

The parties have not agreed to try this matter before a United States Magistrate Judge.

V.   Depositions, Interrogatories, Requests for Admission, Requests for Production

The parties agree that discovery shall be conducted pursuant to the Federal Rules of Civil Procedure and do not anticipate any need to limit or modify discovery or the discovery cut-off date.

VI.   Expert Witnesses

The parties agree to the schedule set forth in the pre-trial for experts, and further agree that treating physicians or other healthcare providers' expert opinions shall be handled on the same time frame, but agree to work together cooperatively if extensions of time for designation of experts become necessary.

VII.   Protective Order

The parties anticipate submitting a consent Protective Order to the Court to address disclosure and use of confidential information, including employee, medical or personnel information, during the course of this litigation.

VIII.   Subjects of Discovery:  The parties agree that the subjects of discovery shall relate to the claims, defenses and denials asserted in this action, in accordance with the Federal Rules of Civil Procedure.  The parties do not believe that discovery should be conducted in phases.

IX.   Electronic Discovery:  The parties anticipate seeking electronic discovery.  The parties are working together on issues of format of production and agree that electronic discovery will be produced in native format where practicable.

X.   Privilege:  The parties agree that, if a privilege or privileges are asserted as to any information requested in discovery, the party asserting the privilege shall specify the basis for

such assertion with particularity. Both parties agree to address each issue on a case-by-case basis.

                        Respectfully submitted,

                        s/Timothy E. Cupp
                        Timothy E. Cupp (VSB No. 23017)
                        Shelley Cupp Schulte, P.C.
                        1951 Evelyn Byrd Avenue, Suite D
                        Post Office Box 589
                        Harrisonburg, Virginia 22803
                        (540)432-9988
                        (804)278-9634 (facsimile)
                        E-mail: cupp@scs-work.com
                        Counsel for Plaintiff

                        s/Janine M. Jacob
                        Janine M. Jacob (VA Bar No. 46993)
                        Martha White Medley (VA Bar No. 21171)
                        James A. L. Daniel (VA Bar No. 03881)
                        Daniel, Medley & Kirby, P.C.
                        PO Box 720
                        Danville, Virginia 24543-0720
                        (434) 792-3911 (Telephone)
                        (434) 793-5724 (Fax)
                        Email: jjacob@dmklawfirm.com
                        Counsel for Defendants

### CERTIFICATE

I hereby certify that on February 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF/PACER System, which will then send a notification of such filing (NEF) to all counsel of record, including Defendants' counsel as follows:

                        Janine M. Jacob
                        Martha White Medley
                        James A. L. Daniel
                        Daniel, Medley & Kirby, P.C.
                        PO Box 720
                        Danville, Virginia 24543-0720

                                    s/Timothy E. Cupp